_URBANSci_
District Judge
(Assigned by Clerk's Office)

_Memmer_
Mag. Referral Judge
(Assigned by Clerk's Office)

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAY 17 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

CIVIL ACTION NO. _7:24-cv-00324_
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under

CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)

Rondell Waldron
Plaintiff Name

46559-007
Inmate No.

v.

J.C. Streeval      PO Box 305  Joneville, VA  24263
Defendant Name & Address

USP LEE      Po Box 305  Joneville, VA 24263
Defendant Name & Address

Federal Bureau of Prisons
Defendant Name & Address

Department of Justice  950 pennsylvania Ave NW  Wash, DC 20530
Defendant Name & Address

USP Big Sandy  Po Box 2068  Inez, Ky 41224
Defendant Name & Address

United States
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. **Where are you now?** Name _and_ Address of Facility:

USP Big Sandy  PO Box 2068
Inez, Ky 41224

B.   Where did this action take place?

USP LEE

C.   Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        _X_ No

If your answer to A is Yes, answer the following:

1.   Court: _____

2.   Case Number: _____

D.   Have you filed any grievances regarding the facts of this complaint?

_✓_ Yes        _____No

1.   If your answer is Yes, indicate the result:

Denied

_____

2.   If your answer is No, indicate why:

E.   Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes**. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Deliberate indifference to medical needs.
On January 21, 2023, While at
USP LEE; H unit Cell 406 I Suffered a Seizure (cont.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

As it relates to Claim 1

_____

(Continued See Claim 2)

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

That My Claims be granted an the Monetary damages $7,000,000.00 USD Be awarded

G.  If this case goes to trial, do you request a trial by jury?  Yes __X__   No _____

H.  If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address *after* I have been released or transferred or my case may be dismissed.

DATED: May 14, 2024    SIGNATURE: _____

VERIFICATION:

I, ___Rondell Waldron___, state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: May 14, 2024    SIGNATURE: _____

Updated 9/9/22

INMATE NAME: Rondell Waldroe
REGISTER # 46559-007
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

E: _____

_____

S PENITENTIARY, BIG SANDY

*LEgal MAil*



The Clerk of Court
210 Franklin RD, SW, Suite
Roanoke, VA 24011

RECEIVED

MAY 17 2024

USDC Clerk's Office
Mail Room